Antonio E. GRANDISON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75149.

Missouri Court of Appeals,
Western District.

Dec. 11, 2012.

Laura Martin, Kansas City, MO, for Appellant.

Gregory Barnes, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, JJ.

## ORDER

PER CURIAM:

Antonio E. Grandison appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We affirm. Rule 84.16(b).